UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DAVID SOSA, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-9040** |
| **RODNEY STRAIN - SHERIFF, ET AL.** | **SECTION: "S"(3)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's federal claims are **DISMISSED WITH PREJUDICE** pursuant to pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b) as frivolous, for failing to state a claim on which relief may be granted, and for seeking monetary damages against a defendant who is immune from such relief.

**IT IS FURTHER ORDERED** that plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this  22nd  day of        May       , 2007.

_____
UNITED STATES DISTRICT JUDGE